UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| TRAVIS L. WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:22-CV-251-REW |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS L. WATTS, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** the DE 1 construed complaint filed by Travis Watts, for lack of subject matter jurisdiction.

2. The Clerk shall strike this case from the active docket.

This the 3rd day of October, 2022.

Signed By:
*Robert E. Wier*  REW
United States District Judge